IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CAROL V. CLENDENING, as Personal )
Representative of the Estate of Gary J. )
Clendening, )
                                         )
       Plaintiff,            )         JUDGMENT
                                         )
   v.                          )
                                         )         No. 7:19–CV–137–BR
UNITED STATES OF AMERICA, )

Defendant.

**Decision by Court.**
This case came before the Honorable W. Earl Britt, Senior United States District Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** the government's motion is ALLOWED. Plaintiff's complaint is hereby DISMISSED. The Clerk is DIRECTED to close the case.

This Judgment Filed and Entered on June 19, 2020, with service on:

Nicholas Baker, Thomas Kellis, II  (via CM/ECF Notice of Electronic Filing)

John Bain                     (via CM/ECF Notice of Electronic Filing)

DATE: June 19, 2020                 PETER A. MOORE, JR., CLERK

                                                        Lisa W. Lee, Deputy Clerk